UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZVI FEINER, ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 1:15-cv-01123 |
| ) | |
| MARK YAMPOL, et al., ) | Judge Gary Feinerman |
|     Defendants. ) | |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the parties to the above-entitled action, acting through their respective counsel, that said action be dismissed without prejudice.

Dated this 15th day of January, 2016.

                                    Respectfully submitted,
                                    For Plaintiff:
                                    /s/Carey M. Stein
                                    ASHMAN & STEIN
                                    150 North Wacker Drive, Suite 3000
                                    Chicago, IL 60606

                                    For Defendants:
                                    /s/Jeffrey R. Fink
                                    Jeffrey R. Fink
                                    Thompson Coburn LLP
                                    55 East Monroe, 37th Floor

                                    Chicago, Illinois 60603

C:\Users\Public\Documents\Ashmanstein\ACTIVE\feiner - 4136.3 (Fed 2015) v Yampol\Federal Case\motions\plaintiff\stip to dismiss.wpd